Count Ex #6 on 10-11-13 at 3:20pm

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------X
UNITED STATES OF AMERICA        :

      -against-              :

                                       S13 11 Cr. 755 (JFK)
OSCAR MINAYA,                   :
    a/k/a "Shorty,"
JOVANNY RODRIGUEZ,              :
    a/k/a "Johnny," and
JESUS HILARIO-BELLO,            :
    a/k/a "Charlie,"
                              :

         Defendants.
------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-11-13

## VERDICT FORM

### Count One
### (Conspiracy to Commit Robbery)

1. How do you find the defendants with respect to Count One, conspiracy to commit robbery from about December 2009 through in or about May 2011?

|     |                    | Guilty | Not Guilty |
|-----|--------------------|--------|------------|
| a.  | OSCAR MINAYA       | ✓      |            |
| b.  | JOVANNY RODRIGUEZ  | ✓      |            |
| c.  | JESUS HILARIO-BELLO| ✓      |            |

## Count Two
## (Conspiracy to Commit Kidnaping)

2.  How do you find the defendants with respect to Count Two, conspiracy to commit kidnaping from about December 2009 through in or about May 2011?

    |  |  | Guilty | Not Guilty |
    |---|---|---|---|
    | a. | OSCAR MINAYA | ✓ | |
    | b. | JOVANNY RODRIGUEZ | ✓ | |
    | c. | JESUS HILARIO-BELLO | ✓ | |

## Count Three
## (Use and Possession of Firearms in furtherance of Count One or Count Two and on occasions other than charged in Counts Six, Twelve and Fourteen) (Oscar Minaya and Jovanny Rodriguez only)

Answer this question only if you found a particular one, or both of these defendants Guilty on Count One or Count Two.

3.  How do you find the defendants with respect to Count Three?

    |  |  | Guilty | Not Guilty |
    |---|---|---|---|
    | a. | OSCAR MINAYA | ✓ | |
    | b. | JOVANNY RODRIGUEZ | | ✓ |

c.  If you find either or both defendants Guilty of Count Three was a firearm brandished by a defendant or another in the course of the commission of Count One or Count Two?

Yes ✓     No ___

### Count Four
### (Robbery) (Oscar Minaya and Jovanny Rodriguez only)

4. How do you find the defendants with respect to Count Four, robbery on or about December 21, 2010 in the vicinity of 162nd Street and Riverside Drive, New York, New York?

|   | | Guilty | Not Guilty |
|---|---|---|---|
| a. | OSCAR MINAYA | ✓ | |
| b. | JOVANNY RODRIGUEZ | ✓ | |

### Count Five
### (Kidnaping) (Oscar Minaya and Jovanny Rodriguez only)

5. How do you find the defendants with respect to Count Five, kidnaping on or about December 21, 2010 in the vicinity of 162nd Street and Riverside Drive, New York, New York?

|   | | Guilty | Not Guilty |
|---|---|---|---|
| a. | OSCAR MINAYA | ✓ | |
| b. | JOVANNY RODRIGUEZ | ✓ | |

### Count Six
**(Use and Possession of Firearm in connection with robbery and kidnaping charged in Counts Four and Five of the Indictment)**
**(Oscar Minaya and Jovanny Rodriguez only)**
**(Consider Count Six only if you have found either or both defendants Guilty on Counts Four or Five; do not consider Count Six as to any defendant you found Not Guilty on Counts Four and Five)**

6. How do you find the defendants with respect to Count Six?

|   |   | Guilty | Not Guilty |
|---|---|---|---|
| a. | OSCAR MINAYA | ✓ |  |
| b. | JOVANNY RODRIGUEZ | ✓ |  |

c. If you find either or both defendants Guilty of Count Six was a firearm brandished by the defendant or another during the commission of Count Four or Count Five?

| Yes | No |
|---|---|
| ✓ |  |

### Count Seven
**(Robbery) (Jovanny Rodriguez only)**

7. How do you find the defendant with respect to Count Seven, robbery in or about 2010 in the vicinity of 183rd Street and Tremont Avenue, Bronx, New York?

|   |   | Guilty | Not Guilty |
|---|---|---|---|
| a. | JOVANNY RODRIGUEZ | ✓ |  |

### Count Eight
### (Robbery) (Jovanny Rodriguez and Jesus Hilario-Bello only)

8. How do you find the defendants with respect to Count Eight, robbery in or about January or February 2011 in the vicinity of Croes Avenue, Bronx, New York?

|   |   | Guilty | Not Guilty |
|---|---|---|---|
| a. | JOVANNY RODRIGUEZ | ✓ | |
| b. | JESUS HILARIO-BELLO | ✓ | |

### Count Nine
### (Robbery) (Jovanny Rodriguez only)

9. How do you find the defendant Jovanny Rodriguez with respect to Count Nine, robbery in or about November 2010 in the vicinity of 187th Street, Bronx, New York?

Guilty ✓    Not Guilty ___

### Count Ten
### (Robbery) (Oscar Minaya and Jovanny Rodriguez only)

10. How do you find the defendants Oscar Minaya and Jovanny Rodriguez with respect to Count Ten, robbery on or about May 15, 2011 in the vicinity of 148th Street, Queens, New York?

|   |   | Guilty | Not Guilty |
|---|---|---|---|
| a. | OSCAR MINAYA | ✓ | |
| b. | JOVANNY RODRIGUEZ | ✓ | |

## Count Eleven
### (Kidnaping) (Oscar Minaya and Jovanny Rodriguez only)

11. How do you find the defendants with respect to Count Eleven, the kidnaping on or about May 15, 2011 in the vicinity of 148th Street, Queens, New York?

    |   | Guilty | Not Guilty |
    |---|---|---|
    | a. OSCAR MINAYA | ✓ | |
    | b. JOVANNY RODRIGUEZ | ✓ | |

## Count Twelve
**Use and Possession of Firearm in connection with robbery and kidnaping charged in Counts Ten and Eleven of the Indictment) (Oscar Minaya and Jovanny Rodriguez only) (Consider Count Twelve only if you have found either or both defendants Guilty of Counts Ten or Eleven; do not consider Count Twelve as to any defendant you found Not Guilty on Counts Ten and Eleven)**

12. How do you find the defendants with respect to Count Twelve?

    |   | Guilty | Not Guilty |
    |---|---|---|
    | a. OSCAR MINAYA | ✓ | |
    | b. JOVANNY RODRIGUEZ | ✓ | |

    c. If you find either or both defendants Guilty of Count Twelve was a firearm brandished by the defendant or another during the commission of Count Ten or Count Eleven?

    |   | Yes | No |
    |---|---|---|
    |   | ✓ | |

## Count Thirteen
## (Robbery) (Oscar Minaya and Jesus Hilario-Bello only)

13. How do you find the defendants with respect to Count Thirteen, robbery on or about June 10, 2011 in the vicinity of Grist Mill Lane, Nassau County, New York?

    |   | Guilty | Not Guilty |
    |---|---|---|
    | a. OSCAR MINAYA | ✓ | |
    | b. JESUS HILARIO-BELLO | ✓ | |

## Count Fourteen
## (Use and Possession of Firearm in connection with robbery charged in Count Thirteen of the Indictment) (Oscar Minaya and Jesus Hilario-Bello only) (Consider Count Fourteen only if you have found either or both defendants Guilty of Count Thirteen; do not consider Count Thirteen as to any defendant you found Not Guilty on Count Thirteen)

14. How do you find the defendants with respect to Count Fourteen?

    |   | Guilty | Not Guilty |
    |---|---|---|
    | a. OSCAR MINAYA | ✓ | |
    | b. JESUS HILARIO-BELLO | ✓ | |

    c. If you find either or both defendant Guilty of Count Thirteen was a firearm brandished by the defendant or another during the commission of the crime?

    

    |Yes|No|
    |---|---|
    |✓| |

## Count Fifteen
## (Narcotics Conspiracy)

15. How do you find the defendants with respect to Count Fifteen, conspiracy to violate the narcotics laws of the United States from in or about December 2009 through in or about May 2011?

|    |                    | Guilty | Not Guilty |
|----|--------------------|--------|------------|
| a. | OSCAR MINAYA       | ✓      |            |
| b. | JOVANNY RODRIGUEZ  | ✓      |            |
| c. | JESUS HILARIO-BELLO| ✓      |            |

d. Did the conspiracy involve heroin?

| Yes | No |
|-----|----|
| ✓   |    |

If Yes, did it involve one kilogram and more of heroin?

| Yes | No |
|-----|----|
| ✓   |    |

e. Did the conspiracy involve cocaine?



| Yes | No |
|-----|----|
| ✓   |    |

If Yes, did it involve five kilograms and more of cocaine?

| Yes | No |
|-----|----|
| ✓   |    |

-8-

f.  Did the conspiracy involve a detectable amount
    of marijuana?

    Yes ✓    No ___

Dated: New York, New York
       October 11, 2013

_____
FOREPERSON