UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
UNITED STATES OF AMERICA

                # 11 CR 755 (JFK)

       -V-

Jovanny Rodriguez
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Please be advised that the conference/sentence scheduled for January 14, 2014

has been rescheduled to January 31, 2014 at 2:45 pm

in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

    12-2-13

                      JOHN F. KEENAN
             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-13