**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------ X

UNITED STATES OF AMERICA,          :

   -against-                       :

                                   :

JOVANNY RODRIGUEZ,                 :

                                   :

               Defendant.      :

------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED  9/15/2020

No. 11 Cr. 755 (JFK)

**ORDER**

**JOHN F. KEENAN, United States District Judge:**

On August 27, 2020, Defendant Jovanny Rodriguez filed a motion requesting appointment of counsel to help him prepare a habeas petition pursuant to 28 U.S.C. § 2255.  (ECF No. 445.) The request for appointment of counsel is DENIED.

Contrary to Rodriguez's assertion that he has a "limited ability to best understand and write [E]nglish," Rodriguez has filed no less than six comprehensive post-judgment pro se motions or letters, (ECF Nos. 352, 357, 392, 409, 436, 437), including a 16-page motion for relief pending appeal, (ECF No. 392), and six-page notice of interlocutory appeal, (ECF No. 409), all of which demonstrate Rodriguez's English language proficiency and his familiarity with the legal system and its procedures.

The Court will mail a copy of this Order to Rodriguez today.

**SO ORDERED.**

Dated:  New York, New York
       September 15, 2020

_John F. Keenan_
John F. Keenan
United States District Judge