USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10-20-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
     -against-                      :     No. 11 Cr. 755 (JFK)
                                    :     **ORDER**
JOVANNY RODRIGUEZ,                  :
                                    :
                    Defendant.      :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    The Government is directed to file its response to Defendant Jovanny Rodriguez's pro se motion for compassionate release, (ECF No. 448), by no later than November 5, 2020. The Government is further directed to mail a copy of its response to Rodriguez by November 5, 2020. Rodriguez shall have 30 days from the date on which he is served with the Government's opposition to file a response. Absent further order, the motion will be considered fully submitted as of that date.

    The Clerk of Court is respectfully directed to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued. The Court will mail a copy of this Order to Rodriguez today.

**SO ORDERED.**

Dated:   New York, New York
         October 20, 2020

                                        John F. Keenan
                                      United States District Judge