```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA            :
                                    :  No. 11 Cr. 755 (JFK)
    -against-                       :  No. 20 Civ. 9097 (JFK)
                                    :
JOVANNY RODRIGUEZ,                  :         **ORDER**
                                    :
                        Defendant.  :
-----------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    The Court, having concluded that Defendant Jovanny Rodriguez's motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

    (1) Rodriguez's request for additional time to file a memorandum of law in support of his habeas petition is GRANTED. Rodriguez shall have until **January 4, 2021**, to make such a filing.

    (2) The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

    (3) Within sixty days of the date on which Rodriguez's memorandum of law is electronically docketed, the U.S. Attorney's Office shall file an answer or other pleadings in response to Rodriguez's motion. Rodriguez shall have thirty days from the date on which he is served with the Government's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

(4) All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

(5) Rodriguez's renewed request for appointment of counsel is DENIED.

(6) The Clerk of Court is respectfully directed to terminate the motions at ECF No. 451 in docket 11 Cr. 755 (JFK) and ECF No. 2 in docket 20 Civ. 9097 (JFK).

The Court will mail a copy of this Order to Rodriguez today.

**SO ORDERED.**

Dated:   New York, New York
        November 5, 2020

                                      John F. Keenan
                                  United States District Judge