UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
UNITED STATES OF AMERICA,            :
                                     :
     -against-                       :     No. 11 Cr. 755 (JFK)
                                     :
                                     :            **ORDER**
JOVANNY RODRIGUEZ,                   :
                                     :
                    Defendant.       :
------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

   On January 5, 2021, Defendant Jovanny Rodriguez requested additional time to file a memorandum of law in support of his habeas petition pursuant to 28 U.S.C. § 2255.  The request is GRANTED.  Rodriguez's shall have until February 28, 2021, to file his memorandum of law.  Within sixty days of the date on which Rodriguez's memorandum of law is electronically docketed, the U.S. Attorney's Office shall file an answer or other pleadings in response to Rodriguez's motion.  Rodriguez shall have thirty days from the date on which he is served with the Government's answer to file a response.  Absent further order, the motion will be considered fully submitted as of that date.

   The Court will mail a copy of this Order to Rodriguez today.

**SO ORDERED.**

Dated:  New York, New York
        January 12, 2021

                                     _____
                                          John F. Keenan
                                     United States District Judge