

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
JOVANNY RODRIGUEZ                   *   No. 11 Cr. 755 (JFK)
      Movant                        *
                                    *   No. Civ. 9097 (JFK)
V.                                  *
                                    *
UNITED STATES OF AMERICA            *
      Respondent.                   *
-------------------------------x

MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE MEMORANDUM OF LAW IN SUPPORT OF MOTION UNDER TITLE 28 U.S.C.§ 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A "NATURA PERSON" IN FEDERAL CUSTODY

Now COMES Movant Jovanny Rodriguez ("movant") acting Sui Juris and moves this Honarable Court for sixty (60) day enlargement of time, up to and including until April 30/2021, within which to file a ---- memorandum of law in support of his section 2255 motion.
In support of this motion Movant respectfully submits the following:

1. Movant is currently incarcerated at the United States Penitentiary Canaan, in Waymart Pennsylvania.

2. Since early March 2020, USP Canaan has been on either a complete lockdown, with inmates confined to their cells, or a modified lockdown, with inmates confined to their housing units.

On Juanary 2021, USP Canaan has increased Number of covid-19 more the 200 cases, had identified of covi-19, positive, your honer we still in modified lockdown,

USP Canaan have stopped all movement until further notice. Mr. Rodriguez had no access to the institutional law library or limited legal copy. Based on Movant living conditions on covi-19 lockdown at USP Canaan Movant respectfully ask this court to enlargement of time up to including until April 30/2021,

5. Based on the above, Movant needs additional time to perfect his memorandum of law in support of his section 2255 motion.

WHEREFORE, Movant Prays that this motion will be granted.

Date: 2/25/2021

Respectfully Submitted,

Jovanny Rodriguez

**MEMO ENDORSED**

Defendant Jovanny Rodriguez's request for a 60-day extension of time is GRANTED. Rodriguez shall have until April 30, 2021, to file a memorandum of law in support of his petition pursuant to 28 U.S.C. § 2255.

SO ORDERED.

Dated: New York, New York
       March 2, 2021

John F. Keenan
United States District Judge