UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
UNITED STATES OF AMERICA,         :
                                  :   No. 11 Cr. 755 (JFK)
       -against-                  :   No. 20 Civ. 9097 (JFK)
                                  :
JOVANNY RODRIGUEZ,                :   **ORDER**
                                  :
              Defendant.          :
------------------------------- X

**JOHN F. KEENAN, United States District Judge:**

On April 15, 2021, Defendant Jovanny Rodriguez filed a 37-page document titled "Movant's Memorandum of Law in Support of His Amended Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to Title 28 U.S.C. § 2255." (ECF No. 474.) The following day, Rodriguez filed a 37-page document titled "Movant's Memora[ndum] of Law in Supp[o]rt [of] Grou[n]d (1) of His Amended Motion to Vacate, Set Aside, or Correct Sentence by a Natura[l] Person in Federal Custody Pursuant to Title [28] U.S.C. § 2255." (ECF No. 475.) Both motions were signed and dated April 8, 2021.

The Court will not be forced to guess which memorandum of law Rodriguez intends in support of his habeas petition. Accordingly, by no later than May 7, 2021, Rodriguez shall file one memorandum of law in support of his petition setting forth, without undue repetition, all of Rodriguez's arguments in support of his motion to vacate, set aside, or correct his sentence, ECF No. 450. Absent such a filing by Rodriguez the

1

Court will only consider his first filed memorandum of law, ECF No. 474.

By no later than July 7, 2021, the U.S. Attorney's Office shall file an answer or other pleadings in response to Rodriguez's motion. Absent further order, Rodriguez's habeas petition will be considered fully submitted as of that date.

The Court will mail a copy of this Order to Rodriguez today.

**SO ORDERED.**

Dated: New York, New York
April 21, 2021

_____
John F. Keenan
United States District Judge