UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/22
```

------------------------------------X
UNITED STATES OF AMERICA              :
                                      :
    -against-                         :          No. 11 Cr. 755 (JFK)
                                      :
JOVANNY RODRIGUEZ,                    :               **ORDER**
                                      :
                         Defendant.   :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    The Government is directed to file a response to Defendant

Jovanny Rodriguez's supplemental filing (ECF No. 504) in support

of his pro se motion for reconsideration of the Court's January

5, 2021, Opinion and Order, which denied Rodriguez's request for

compassionate release and his alternative request for bail

pending resolution of his 28 U.S.C. § 2255 habeas petition.

(ECF No. 503.)  The Government shall submit its response to the

Court no later than March 21, 2022.  Absent further order,

Rodriguez's motion will be considered fully submitted as of that

date.

    The Court will mail a copy of this Order to Rodriguez.

**SO ORDERED.**

Dated:  New York, New York
        February 28, 2022

_John F. Keenan_
John F. Keenan
United States District Judge

1