UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOVANNY RODRIGUEZ,<br><br>                      Movant,<br><br>       -v.-<br><br>UNITED STATES OF AMERICA,<br><br>                      Respondent. | 20 Civ. 9097 (KPF)<br><br>11 Cr. 755-3 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      In its August 28, 2024 Order, the Court found that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith, and therefore the Court denied *in forma pauperis* status for the purpose of any appeal. (Dkt. #19 at 24 (citing *Coppedge* v. *United States*, 369 U.S. 438, 444-45 (1962))). For the same reason, the Court denies Mr. Rodriguez's motion for permission to appeal *in forma pauperis*. (Dkt. #21).

      The Clerk of Court is directed to terminate the motion at docket entry 21 in Case No. 20 Civ. 9097; to docket this Order in both Case No. 20 Civ. 9097 and Case No. 11 Cr. 755-3; and to mail a copy of this Order to Mr. Rodriguez at the following address:

      Jovanny Rodriguez
      Reg. No. 65504-054
      USP Coleman I
      U.S. Penitentiary
      P.O. Box 1033
      Coleman, FL   33521

      Lastly, the Clerk of Court is directed to transmit this Order to the Court of Appeals for the Second Circuit.

SO ORDERED.

Dated: March 12, 2025
        New York, New York

                                                    KATHERINE POLK FAILLA
                                                 United States District Judge