UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JOVANNY RODRIGUEZ,<br><br>Defendant. | 11 Cr. 755-3 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On or about September 29, 2025, the Court received a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), filed *pro se* by Mr. Rodriguez. (Dkt. #583). The Government is hereby ORDERED to file a response to Mr. Rodriguez's motion on or before **December 19, 2025**. There shall be no reply brief unless the Court requests one.

The Clerk of Court is directed to mail a copy of this Order to Mr. Rodriguez at the following address:

Jovanny Rodriguez
FCI Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV 26525

SO ORDERED.

Dated:  October 20, 2025
        New York, New York

KATHERINE POLK FAILLA
United States District Judge