UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>JOVANNY RODRIGUEZ,<br><br>Defendant. | 11 Cr. 755-3 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:[1]

In an Order issued on August 28, 2024, this Court denied two motions filed by Defendant Jovanny Rodriguez, one of which was a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (Dkt. #568). As proffered bases for relief, Mr. Rodriguez cited his own health conditions; medical issues affecting his wife; his rehabilitative efforts while incarcerated; and the sentences imposed on his co-defendants. (*Id.* at 9-23). In denying the motion, the Court began by setting forth the applicable legal standards, including then-recent amendments to U.S.S.G. § 1B1.13. (*Id.* at 12-14). It concluded, however, that Mr. Rodriguez had not identified an extraordinary and compelling circumstance warranting a sentence reduction, and that the factors set forth in 18 U.S.C. § 3553(a) counseled against any such reduction. (*Id.* at 14-23).

On October 17, 2025, the Court docketed Mr. Rodriguez's second motion for compassionate release. (Dkt. #583). In his papers, Mr. Rodriguez repeats

---

[1]    Unless otherwise indicated, references to docket entries are to the docket in Mr. Rodriguez's criminal case, No. 11 Cr. 755-3 (KPF), and references to page numbers in Mr. Rodriguez's submissions are to the numbers supplied by this Court's electronic case filing ("ECF") system.

his arguments for relief, including his medical conditions and rehabilitative efforts. (*Id.* at 3-10). Mr. Rodriguez also includes numerous letters of support from family and friends, fellow inmates, and Bureau of Prisons ("BOP") staff at various facilities, including the United States Penitentiary Canaan in Waymart, Pennsylvania ("USP Canaan"). (*Id.* at 11-27).

The Court ordered the Government to respond to that motion. (Dkt. #584). The Government filed a submission in opposition to the motion on December 27, 2025 (Dkt. #585).

The Court has already set forth the applicable law in its prior Order, and it will not repeat that law here. In addition, the Court will not reconsider its prior determinations that Mr. Rodriguez's medical conditions, length of sentence, or rehabilitative efforts, alone or in combination, fail to qualify as an extraordinary and compelling circumstance. Nor will it reconsider its earlier weighing of the § 3553(a) factors. Of greater concern to the Court, however, is the fact that the Court's independent inquiry into the letters of support from BOP staff revealed that most, if not all, of the letters submitted on USP Canaan letterhead were fabricated. In particular, the BOP advised the Court, after an investigation into the matter, that the staff members who were interviewed denied writing or signing the letters submitted under their names; that there were drafting and typeface inconsistencies that suggested the letters were not written by USP Canaan staff; and that one or more of the letters did not accurately reflect Mr. Rodriguez's work history.

Mr. Rodriguez's decision to submit forged letters in support of his compassionate release motion suggests that his rehabilitative efforts are incomplete.  As such, even if Mr. Rodriguez had persuaded the Court of the existence of an extraordinary and compelling circumstance, and even if the Court had rebalanced the Section 3553(a) factors to favor a reduction in sentence — and neither is the case — Mr. Rodriguez's fraudulent submissions counsel against a reduction in sentence.

## CONCLUSION

For the reasons set forth in this Order, the Court DENIES Mr. Rodriguez's second motion pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  The Clerk of Court is directed to terminate the motion pending at docket entry 583, and to mail a copy of the Order to Mr. Rodriguez at the following address:

Jovanny Rodriguez
Reg. No. 65504-054
FCI Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV  26525

SO ORDERED.

Dated:   February 2, 2026
         New York, New York

_____
   KATHERINE POLK FAILLA
United States District Judge

3