UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

JOVANNY RODRIGUEZ,

Defendant.

11 Cr. 755-3 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On or about March 10, 2026, the Court received from Mr. Rodriguez an "Amicus Brief Based of Opposition to the Government Brief." (Dkt. #592). The Court construes this submission as a reply brief submitted in further support of Mr. Rodriguez's sentence reduction motion made pursuant to 18 U.S.C. § 3582(c)(1)(A). (*See* Dkt. #583). But the Court already denied Mr. Rodriguez's motion (Dkt. #588) and, even before that, had ordered that "[t]here shall be no reply brief unless the Court requests one" (Dkt. #584). So Mr. Rodriguez's brief is both unauthorized and moot. The Court therefore reiterates its denial of Mr. Rodriguez's motion.

The Clerk of Court is directed to mail a copy of the Order to Mr. Rodriguez at the following address:

Jovanny Rodriguez
Reg. No. 65504-054
FCI Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV  26525

SO ORDERED.

Dated:  March 12, 2026
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge